```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

KELLY YVONNE ROUSH,

    Plaintiff,

v.                                Civil Action No. 2:17-cv-01212

NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Omar J. Aboulhosn, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court has reviewed the Proposed Findings and Recommendation entered by the magistrate judge on November 3, 2017. The magistrate judge recommends that the court "deny the Claimant's request for judgment on the pleadings, grant the Defendant's request to affirm the decision below, affirm the final decision of the Commissioner, and dismiss this matter from the court's docket." (ECF #16 at 22 (emphases and citations omitted).) The plaintiff has not objected to the Proposed Findings and Recommendation.

Accordingly, it is ORDERED that:

1. The Proposed Findings and Recommendation be, and hereby is, adopted by the court;

2. The plaintiff's request for judgment on the pleadings be, and hereby is, denied;

3. The defendant's request to affirm the decision below be, and hereby is, granted;

4. The Commissioner's final decision be, and hereby is, affirmed; and

5. This action be, and hereby is, dismissed from the court's docket.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

ENTER: December 19, 2017

John T. Copenhaver, Jr.
United States District Judge